373 A.2d 1125

Commonwealth v. Hirst, Appellant.

Submitted April 2, 1976. William Soriano, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1125

Commonwealth v. Hodge, Appellant.

Submitted September 13, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.